# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 06-51127 |
| | : | |
| Christel Sparks, Jr. | : | S.S. No. xxx-xx-3464 |
| | : | |
| Debtor | : | Chapter 7, Judge Preston |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS

TO THE CLERK OF COURT:

The attached check in the amount of $7.26 represents small dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 374(a). The name and address of the party entitled to these small dividends is as follows:

| Creditor Name & Address | Claim No. | Amount of Dividend |
|---|---|---|
| State of Ohio Dept. Of Taxation<br>Attn: Bankruptcy Division<br>PO Box 530<br>Columbus, Ohio 43216 | 21A | $3.69 |
| State of Ohio Dept of Taxation<br>Attn: Bankruptcy Division<br>PO Box 530<br>Columbus, Ohio 43216 | 22A | $3.57 |

Dated: November 2, 2010

/s/ Sara J. Daneman
Sara J. Daneman (0008254)
62 Mill Street
Gahanna, Ohio 43230
(614) 337-0960
Trustee

cc: U.S. Trustee